UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 6:17-CR-39-GFVT-HAI-1 |
| | ) | |
| V. | ) | |
| | ) | |
| MARK DEGRAVE, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the Recommendation of Acceptance of Guilty Plea filed by United States Magistrate Judge Hanly A. Ingram. [R. 27.] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. [*See id.* at 3.] Neither party has objected to the Magistrate's recommendation and the time to do so has now passed. [R. 27.] Defendant Triplett did file a consent to plead before the United States Magistrate Judge. [R. 24.]

Upon review, the Court is satisfied that Defendant Mark DeGrave knowingly and competently pled guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offense charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Ingram's Recommendation of Acceptance of Guilty Plea [R. 27] is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Mark DeGrave is **ADJUDGED** guilty of Count One of the Indictment;

3. The Defendant's Jury Trial is **CANCELLED**; and

4. A Sentencing Order shall be entered promptly.

This the 22nd day of September, 2017.

Gregory F. Van Tatenhove
United States District Judge