UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff/Respondent,   )<br>  )<br>V.   )<br>  )<br>MARK DEGRAVE,   )<br>  )<br>    Defendant/Petitioner.   ) | Crim. No. 6:17-cr-00039-GFVT-CJS<br>Civil No. 6:18-cv-00318-GFVT-CJS<br><br>**ORDER** |

*** *** *** ***

This matter is before the Court on a Recommended Disposition filed by United States Magistrate Judge Candace J. Smith. Defendant Mark DeGrave filed a *pro se* motion to vacate his sentence pursuant to 28 U.S.C. § 2255. [R. 37.] Consistent with local practice, Judge Smith reviewed the motion and prepared a Recommended Disposition. [R. 63.] For the reasons that follow, the Recommended Disposition will be adopted.

After considering the record, Judge Smith determined that Mr. DeGrave is not entitled to relief under 28 U.S.C. § 2255. [R. 63.] In Mr. DeGrave's motion, he argues his counsel was ineffective at the sentencing stage and thus his sentence should be vacated. [R. 37 at 1.] Specifically, he asserts that counsel failed to argue two things as it related to Mr. DeGrave's sentence: (1) that there was "no nexus between the enhancement under USSG § 3C1.2 . . . for obstruction of justice and [Defendant's] instant offense of 18 U.S.C. § 922(o)"; and (2) "that under 18 U.S.C. § 3553(a) factors, the Court [had] the authority to take the six month state sentence off the back end of DeGrave's federal sentence." [R. 37 at 10, 19; *see also* R. 63 at 2.] Judge Smith engaged in a thorough review of Mr. DeGrave's ineffective assistance of counsel claims and, properly applying *Strickland v. Washington*, 466 U.S. 668, 686 (1984), found that

both claims fell short of warranting relief. [R. 63 at 3–16.] On both claims, Judge Smith concluded that Mr. DeGrave failed to show a reasonable probability that, but for counsel's alleged errors, a different sentence would have been imposed. *Id.* at 11, 16 (relying on *Strickland*, 466 U.S. at 694); *see also Newman v. United States*, 162 F.3d 1162 (6th Cir. 1998). Based on these findings, Judge Smith further recommended that the Court deny an evidentiary hearing, as "the briefings on DeGrave's § 2255 motion, when viewed alongside the record in this case, present no issues of fact that need to be resolved." *Id.* at 17 (citing *Arredondo v. United States*, 178 F.3d 778, 782 (6th Cir. 1999)).

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's Report and Recommendation are also barred from appealing a district court's order adopting that Report and Recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). No objections to the Report and Recommendation have been filed, and the time to do so has now expired.[1] Nevertheless, this Court has considered the record, and it ultimately agrees with the Magistrate Judge's recommendation. Furthermore, the Court declines to issue a certificate of appealability. The Court determines that reasonable jurists would not find the denial of Mr. DeGrave's § 2255 motion debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

---

[1] Mr. DeGrave has not filed objections to the Report and Recommendation but, following the entry of Judge Smith's recommendation, recently filed a letter in the record. [R. 68.] The letter does not reference the Report and Recommendation but, instead, argues that the Bureau of Prisons has violated his due process by failing to grant Mr. DeGrave credit for time served prior to sentencing. *Id.* at 1. This letter, and the separate relief requested therein, will be addressed by separate order. So, although the present Order disposes of Mr. DeGrave's § 2255 motion, the case will not be stricken from the active docket at this time.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. Magistrate Judge Candace J. Smith's Report and Recommendation [**R. 63**] as to Defendant Mark DeGrave is **ADOPTED** as and for the Opinion of the Court;

2. Mr. DeGrave's petition for relief pursuant to § 2255 [**R. 37**] is **DENIED**;

3. A Certificate of Appealability is **DENIED** as to all issues raised by the Defendant; and

4. **JUDGMENT** in favor of the United States will be entered contemporaneously herewith.

This the 26th day of May, 2020.

Gregory F. Van Tatenhove
United States District Judge